THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DWIGHT R. DeLEE, Respondent.

Submitted September 15, 2014; decided September 18, 2014

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRAHAM REID, Appellant.

Submitted September 15, 2014; decided September 18, 2014

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge ABDUS-SALAAM taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL SMALL, Also Known as SAMUEL SMALLS, Appellant.

Submitted September 15, 2014; decided September 18, 2014

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.